**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LAUREN WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>CAL. DEP'T OF PUBLIC HEALTH,<br><br>Defendant. | Case No. CV 17-6377-SJO (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 12/03/17

_S. James Otero_
HONORABLE S. JAMES OTERO
United States District Judge